IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROYCE A. BARRON and DEBORAH L. BARRON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| BANKERS LIFE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) ) |

Case No. 2:12-cv-02777-STA-dkv

## ORDER OF DISMISSAL

Defendant Bankers Life and Casualty Company and Plaintiffs Royce A. Barron and Deborah L. Barron have filed a Joint Stipulation of Dismissal with Prejudice, and

**IT IS ORDERED, ADJUDGED and DECREED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees, costs and expenses.

**DONE AND ORDERED** in the Western District of Tennessee, this 30th day of September, 2013.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE